# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JENERRO DUNCAN #41221** | **CIVIL ACTION NO. 21-CV-0357**<br>**SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **POLICY JURY BOSSIER PARISH, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objection having been filed thereto, and finding that same is supported by the law and the record in this matter, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute**.**

**MONROE, LOUISIANA**, this 1st day of November, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE